DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

VICTORIA NAQUAL MANUEL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0072

_____

October 1, 2025

Appeal from the County Court for Pinellas County; Kathleen T. Hessinger, Judge.

Blair Allen, Public Defender, and Greg Bushn, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

   Affirmed.

LUCAS, C.J., and BLACK, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.